[Cite as *State ex rel. Brown v. Corrigan*, 2014-Ohio-2067.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 101065**

# STATE OF OHIO, EX REL. DEMETRIUS BROWN

RELATOR

vs.

# JUDGE PETER CORRIGAN

RESPONDENT

## JUDGMENT:
## WRIT DENIED

Writ of Procedendo
Motion No. 473367
Order No. 474148

**RELEASE DATE:** May 12, 2014

**FOR RELATOR**

Demetrius Brown, pro se
No. 502-975
P.O. Box 7010
Chillicothe, Ohio   45601

**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor
BY:   James E. Moss
Assistant County Prosecutor
9th Floor Justice Center
1200 Ontario Street
Cleveland, Ohio   44113

MARY J. BOYLE, A.J.:

**{¶1}** Relator, Demetrius Brown, petitions this court to compel respondent judge to dispose of his motion for jail-time credit filed in *State v. Brown*, Cuyahoga C.P. No. CR-05-464069-A, on February 3, 2014.

**{¶2}** Respondent has filed a motion for summary judgment citing numerous procedural deficiencies in Brown's petition and also attaching a copy of a journal entry issued by respondent that granted Brown's motion for jail-time credit on February 11, 2014. Specifically, respondent asserts that Brown failed to comply with the requirements of R.C. 2969.25(C), Civ.R. 10, Loc.App.R. 45, and R.C. 2969.25. Relator has not opposed respondent's motion. Respondent's motion for summary judgment is granted based on the procedural deficiencies in Brown's petition. Further, Brown is not entitled to a writ of procedendo because the action is moot. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983).

**{¶3}** Accordingly, respondent's motion for summary judgment is granted. Relator to pay costs. The clerk is directed to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

Writ denied.

_____
MARY J. BOYLE, ADMINISTRATIVE JUDGE

PATRICIA ANN BLACKMON, J., and
TIM McCORMACK, J., CONCUR